Case 05-77491   Doc 71   Filed 01/08/08   Entered 01/08/08 15:38:39   Desc Main
              Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEBRA S. AYLWARD  
120 CEDARDELL STREET  
ISLAND LAKE, IL  60051  

SSN-xxx-xx-3267

Case Number: 05-77491

Case filed on: 10/15/2005  
Plan Confirmed on: 4/7/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,393.15          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 020 | ATTORNEY JAMES M PHILBRICK | 400.00 | 400.00 | 400.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OMNIUM WORLDWIDE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | TRUE LOGIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | VICTOR & VICTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DEBRA S. AYLWARD | 0.00 | 0.00 | 10.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 10.65 | 0.00 |
| 001 | BENEFICIAL FINANCE | 125.00 | 38.33 | 38.33 | 0.00 |
| 002 | CROWN MORTGAGE COMPANY | 16,048.14 | 5,946.17 | 5,946.17 | 0.00 |
| 003 | TCF NATIONAL BANK | 3,400.47 | 1,259.94 | 1,259.94 | 0.00 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 7,825.89 | 7,825.89 | 7,825.89 | 1,980.43 |
|  | Total Secured | 27,399.50 | 15,070.33 | 15,070.33 | 1,980.43 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 2,248.29 | 2,248.29 | 2,248.29 | 0.00 |
| 006 | CAPITAL ONE | 1,243.09 | 1,243.09 | 1,243.09 | 0.00 |
| 007 | LVNV FUNDING LLC | 954.20 | 954.20 | 954.20 | 0.00 |
| 008 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LERNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RJM ACQUISITIONS | 535.76 | 535.76 | 535.76 | 0.00 |
| 014 | SMC | 398.15 | 398.15 | 398.15 | 0.00 |
| 016 | US BANK NA | 4,112.06 | 4,112.06 | 4,112.06 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 416.38 | 416.38 | 416.38 | 0.00 |
|  | Total Unsecured | 9,907.93 | 9,907.93 | 9,907.93 | 0.00 |
|  | Grand Total: | 38,807.43 | 26,478.26 | 26,488.91 | 1,980.43 |

Total Paid Claimant:    $28,469.34  
Trustee Allowance:      $1,923.81  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan